# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 3, 2020

159337

DEBRA A. PARADISO,
      Plaintiff-Appellant,

v

CITY OF ROYAL OAK,
      Defendant-Appellee.

_____/

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 159337
COA: 340757
Oakland CC: 2016-155600-NO

On order of the Court, the application for leave to appeal the February 21, 2019 judgment of the Court of Appeals is considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we VACATE the judgment of the Court of Appeals and we REMAND this case to the Court of Appeals for reconsideration in light of *Wigfall v City of Detroit*, 504 Mich 330 (2019).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 3, 2020



Clerk

t0224